# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147515(97)

_____

In re COH, ERH, JRG, KBH, Minors.

_____/

SC: 147515
COA: 309161
Muskegon CC Family Division:
08-036989-NA

On order of the Chief Justice, the motion of the Legal Services Association of Michigan and Michigan State Planning Body for the Delivery of Legal Services to the Poor for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on December 2, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2013



Clerk